Jeffrey Willis, Esq.
Nevada Bar No. 4797
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
jwillis@swlaw.com
tpeters@swlaw.com

*Attorneys for Defendant
Wells Fargo Bank, N.A.
(incorrectly sued as
Wells Fargo Home Equity)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ESTRELITA A. KOORNDYK,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA STATE BANK; WELLS FARGO HOME EQUITY; WESTLAKE FINANCIAL SERVICES; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendants. | Case No. 2:16-cv-01865-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |
|---|---|

It is hereby stipulated by and between Plaintiff Estrelita Koorndyk ("Ms. Koorndyk"), through her attorneys, Knepper & Clark LLC, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Ms. Koorndyk filed her Complaint on August 6, 2016 (Docket #1). Wells Fargo was served on or about September 13, 2016. The deadline for Wells Fargo to respond to the Complaint is currently on or about October 4, 2016. In the interest of conserving client and judicial resources, Defendant requests an extension and Plaintiff does not oppose said request. Ms. Koorndyk and Wells Fargo stipulate and agree that Wells Fargo shall have until **November 4, 2016**, in which to file its responsive pleading. This is the parties' first request for an extension

of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but is intended so the parties may discuss settlement.

DATED this 20th day of September, 2016.

| KNEPPER & CLARK, LLC | SNELL & WILMER L.L.P. |
|---|---|
| By: /s/ *Matthew Knepper*<br>Matthew Knepper<br>Miles Clark<br>Knepper & Clark, LLC<br>10040 W. Cheyenne Ave.<br>Suite #170-109<br>Las Vegas, NV 89129<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff Estrelita Koorndyk* | By:   /s/ *Tanya N. Peters*<br>Jeffrey Willis (NV Bar No. 4797)<br>Tanya N. Peters (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone:  (702) 784-5200<br>Facsimile:  (702) 784-5252<br>*Attorneys for Defendant*<br>*Wells Fargo Bank, N.A.* |

# ORDER

**IT IS ORDERED THAT Wells Fargo's time to respond to Plaintiff's Complaint shall be extended to on or before** November 4, 2016

**IT IS SO ORDERED.**

_____
MAGISTRATE JUDGE

DATED September  26  , 2016.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Peters*
Tanya N. Peters, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** by the method indicated below:

| | | | |
|---|---|---|---|
| _____ | U.S. Mail | _____ | Federal Express |
| _____ | U.S. Certified Mail | ___X___ | Electronic Service |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Overnight Mail | | |

and addressed to the following:

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

Matthew Knepper
Miles Clark
Knepper & Clark, LLC
10040 W. Cheyenne Ave.
Suite #170-109
Las Vegas, NV 89129

*Attorneys for Plaintiff*

DATED this 20th day of September, 2016.

*/s/ Nissa Riley*
An Employee of Snell & Wilmer L.L.P.

24879294