Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ESTRELITA A. KOORNDYK,<br><br>        Plaintiff,<br><br>v.<br><br>NEVADA STATE BANK; WELLS FARGO HOME EQUITY; WESTLAKE FINANCIAL SERVICES; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN information solutions, inc,<br><br>        Defendants. | Case No. 2:16-cv-1865-APG-PAL<br><br>**JOINT MOTION TO DISMISS DEFENDANT WELLS FARGO BANK N.A., ERRONEOUSLY SUED AS WELLS FARGO HOME EQUITY** |

Plaintiff Estrelita Koorndyk and Defendant Wells Fargo Bank, N.A., erroneously sued as Wells Fargo Home Equity by and through their counsel of record, hereby move for dismissal of Wells Fargo from this action with prejudice.  Each party to bear their own fees, costs, and expenses.

Dated December 13, 2016

| /s/ Matthew Knepper, Esq. | /s/ Tanya Peters, Esq. |
|---|---|
| Matthew I. Knepper, Esq. | Tanya N. Peters |
| Miles N. Clark, Esq. | Snell & Wilmer, LLP |
| KNEPPER & CLARK LLC | 3883 Howard Hughes Pkwy |
| 10040 W. Cheyenne Ave., Ste. 170-109 | Suite 1100 |
| Las Vegas, NV 89129 | Las Vegas, NV 89169 |
| Phone: (702) 825-6060 | 702-784-5200 |
| FAX: (702) 447-8048 | Email: tpeters@swlaw.com |
| matthew.knepper@knepperclark.com | |
| miles.clark@knepperclark.com | |
| | |
| /s/ David Krieger | |
| David H. Krieger, Esq. | |
| Haines & Krieger, LLC | |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, NV 89123 | |
| dkrieger@hainesandkrieger.com | |
| | |
| *Attorneys for Plaintiff* | |

**ORDER**

IT IS HEREBY ORDERED that for good cause appearing, the Motion to Dismiss Defendant Wells Fargo Home Equity, with prejudice, is hereby granted.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED_____December 13, 2016_____