Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ESTRELITA A. KOORNDYK,<br><br>　　　　　PLAINTIFF,<br><br>V.<br><br>NEVADA STATE BANK; WELLS FARGO HOME EQUITY; WESTLAKE FINANCIAL SERVICES; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>　　　　　DEFENDANTS. | Case No. 2:16-cv-01865-APG-PAL<br><br>**NOTICE OF SETTLEMENT WITH WESTLAKE FINANCIAL SERVICES** |

- 1 -

PLEASE TAKE NOTICE that Plaintiff ESTRELITA A. KOORNDYK and Defendant WESTLAKE FINANCIAL SERVICES have reached a tentative settlement. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Westlake Financial Services, with prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to Westlake Financial Services be vacated and that the Court set a deadline, sixty days from the present date for filing a dismissal as to Westlake Financial Services.

Dated: June 7, 2017

Respectfully submitted,

/s/ *Matthew I. Knepper, Esq.*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
Email: dkrieger@hainesandkrieger.com

*Counsel for Plaintiff*

**IT IS ORDERED** that Plaintiff shall have until August 7, 2017, to file a notice of voluntary dismissal, or a status report with the court advising when the notice of voluntary dismissal will be filed.

Dated: June 12, 2017

Peggy A. Leen
United States Magistrate Judge

- 2 -

- 3 -

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of KNEPPER & CLARK LLC and that on this 7th day of June 2017, I caused the document **NOTICE OF SETTLEMENT WITH WESTLAKE FINANCIAL SERVICES** to be served through the Court's CM/ECF to all parties appearing in this case.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC