# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ESTRELITA KOORNDYK, | Case No. 2:16-cv-01865-APG-PAL |
| Plaintiff, | |
| v. | **ORDER FOR STATUS REPORT** |
| NEVADA STATE BANK, et al., | (ECF No. 31) |
| Defendants. | |

On June 7, 2017, the parties notified the Court that a settlement had been reached between the plaintiff and defendant Westlake Financial Services. ECF No. 31. The parties requested sixty days to complete settlement. More than sixty days have passed but the parties have not filed settlement documents.

IT IS THEREFORE ORDERED that the parties shall file a stipulation to dismiss or a status report regarding settlement on or before September 15, 2017.

DATED this 6th day of September, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE