# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ESTRELITA KOORNDYK, | Case No. 2:16-cv-01865-APG-PAL |
| Plaintiff, | |
| v. | **ORDER FOR STATUS REPORT** |
| NEVADA STATE BANK, et al., | (ECF No. 31) |
| Defendants. | |

On June 7, 2017, the parties notified the Court that a settlement had been reached between the plaintiff and defendant Westlake Financial Services. ECF No. 31. The parties requested 60 days to complete settlement. More than 60 days have passed but the parties have not filed settlement documents. I ordered the parties to file a stipulation to dismiss or a status report regarding settlement on or before September 15, 2017. Nothing was filed.

IT IS THEREFORE ORDERED that the parties shall file a stipulation to dismiss or a status report regarding settlement on or before October 6, 2017. The failure to comply with this order will result in dismissal of this case and possible sanctions against counsel.

DATED this 25th day of September, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE